# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE TERRY A. SANOFF,<br><br>Debtor. | BAP No.    CO-05-057 |
| CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC.,<br><br>Plaintiff – Appellee,<br><br>v.<br><br>TERRY A. SANOFF,<br><br>Defendant – Appellant. | Bankr. No.  98-27830-SBB<br>Adv. No.    99-1206-SBB<br>Chapter   7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br>July 21, 2005 |

Child Development Center of Colorado Springs, Inc., an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1)    This appeal is transferred to the United States District Court for the District of Colorado.

(2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)    Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court.  It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

United States
Bankruptcy Appellate Panel
of the Tenth Circuit

A True Copy

Barbara A. Schermerhorn, Clerk

Attested by: _____
Deputy Clerk

-2-

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: _____

Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated:       07/26/2005

Signed:      _____

Bankruptcy Court Deputy Clerk