# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE TERRY A. SANOFF, <br><br>Debtor. | BAP No.   CO-05-057 |
| CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC., <br><br>Plaintiff – Appellee, <br><br>v. <br><br>TERRY A. SANOFF, <br><br>Defendant – Appellant. | Bankr. No. 98-27830-SBB <br>Adv. No.   99-1206-SBB <br>Chapter   7 <br><br>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO COMPLETE THE DESIGNATION OF RECORD <br><br>July 14, 2005 |

The matter before the Court is the Motion for Enlargement of Time to Complete the Designation of Record ("Motion"), filed by Terry A. Sanoff ("Appellant"). The Appellant's Designation of Record was due on June 27, 2005. The Appellant requests an extension until August 10, 2005. No previous motions for extension of time have been filed. The Motion is unopposed.

Pursuant to 10th Cir. BAP L.R. 8016-1(a), it is HEREBY ORDERED that:

(1)   The Motion is ORDERED GRANTED.

(2)   The Appellant's Designation of Record shall be filed on or before August 10, 2005

(3)   The Appellant should further take note of 10th Cir. BAP L.R. 8006-1(a) which states:

-2-

## 8006-1. Record and Issues on Appeal

(a) **Copies of Items in Record.** Once a party has designated the record on appeal in accordance with Fed R. Bankr. P. 8006, the party should not provide a copy of the designated items to the bankruptcy court. The record must be brought before this court in the appendices required by Fed. R. Bankr. P. 8009(b) and 10th Cir. BAP L. R. 8009-1(b).

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*

Deputy Clerk

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO  80257
(303) 335-2900

July 14, 2005

NOTIFICATION OF MAILING

Re:    05-57, Child Dev. Center v. Sanoff
  Bankruptcy docket:  98-27830-SBB

A COPY OF THE ATTACHED DOCUMENT(S), TOGETHER WITH ANY OTHER DOCUMENTS SPECIFICALLY LISTED IN IT, HAS BEEN SERVED THIS DATE ON THE FOLLOWING PARTIES IN THE FOLLOWING MANNER:

PLACED IN UNITED STATES MAIL, ADDRESSED AS FOLLOWS:

Terry A. Sanoff
DWCF Unit 1
Box 392005
Denver, CO 80239-8005

John Phillips
Shughart, Thomson & Kilroy, P.C.
1050 17th Street
Suite 2300
Denver, CO 80265

Chris R. Strohmenger
Shughart, Thomson & Kilroy, P.C.
1050 17th Street
Suite 2300
Denver, CO 80265

_____
DEPUTY CLERK